| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Gary A. Rosenberg | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1427 N. State Parkway<br>Chicago, Illinois 60610 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Cook County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |

Location of Principal Assets of business Debtor (if different from street address above):

**Type of Debtor** (Check all boxes that apply)
- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Sec. 304 – Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ■ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expen[ses paid there will] be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:  1-15 ☐   16-49 ■   50-99 ☐   100-199 ☐   200-999 ☐

Estimated Assets UNKNOWN
$0 to $50,000 ☐   $50,001 to $100,000 ☐   $100,001 to $500,000 ☐   $500,001 to $1 million ☐   $1,000,001 to $10 million ☐   $10,000,001 to $50 million ☐   $50,001 to $100 million ☐

Estimated Debts
$0 to $50,000 ☐   $50,001 to $100,000 ☐   $100,001 to $500,000 ☐   $500,001 to $1 million ☐   $1,000,001 to $10 million ■   $10,000,001 to $50 million ☐   $50,001 to $100 million ☐

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/09/2004
Time: 15:51:24
Debtor: GARY A ROSENBERG
Case: 04-04840          Fee : 209
Chapter: 7  Rec. # : 3061106
Judge: A Benjamin Goldgar
341 mtg: 03/16/2004 @ 01:00PM
Trustee: HORACE FOX, JR.

1:04BK04840-BK001

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attached additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attached additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chose to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ A. Rosenberg_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date 2/6/04

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Paula K. Jacobi
Printed Name of Attorney for Debtor(s)

Sugar, Friedberg & Felsenthal LLP
Firm Name

30 North LaSalle Street, Suite 3000
Address

Chicago, Illinois 60602

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
_____

Names and Social Security numbers of all other individuals who Prepared or assisted in preparing this document:

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment of both 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Chapter 7 |
| | ) | |
| GARY A. ROSENBERG | ) | |
| | ) | |
| Debtor. | ) | No. |

## LIST OF CREDITORS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, Gary A. Rosenberg, being first duly sworn on oath, do depose and say that I am the debtor, and, to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor as of February 6, 2004.

GARY A. ROSENBERG

*/s/ Gary A. Rosenberg/*

SUBSCRIBED and SWORN to
before me this 6th day
of February, 2004

*/s/ Jessica Matamoros/*
Notary Public

My Commission Expires 14th day of April 2005
State of Illinois

"OFFICIAL SEAL"
JESSICA MATAMOROS
Notary Public, State of Illinois
My Commission Expires 4/13/05

**EXHIBIT A**

Associated Bank
P.O. Box 19006
Green Bay, WI 54307-9989

Bank Leumi
420 Lexington Avenue
10th Floor
New York, NY 10170

American Express Rewards Plus
P.O. Box 650448
Dallas, TX 75265-0448

Bank of America Visa
P.O. Box 53132
Phoenix, AZ 85072-3132

Citibank AAdvantage
P.O. Box 6405
The Lakes, NV 88901-6405

First USA Bank NA
P.O. Box 50882
Henderson, NV 89016-0882

MBNA America
P.O. Box 15019
Wilmington, DE 19886-5019

Fagel Haber
55 E. Monroe Street
40th Floor
Chicago, IL 60603

Robert Howard
77 W. Washington Street
Suite 1515
Chicago, IL 60602

Friedman & Huey Associates LLP
1313 West 175th Street
Homewood, IL 60430

Bridgit Maile
1427 N. State Parkway
Chicago, IL 60610

Canterbury Company Associates Limited
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

CCA LLC
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

Canterbury Construction Company LLC
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

Canterbury Development Corporation
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

One East Schiller Unit 5AB, LLC
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

Shadow Hill Corporation
676 N. Michigan Avenue
Suite 3660
Chicago, IL 60611

Cole Taylor Bank
P.O. Box 88481
Chicago, IL 60680-1481

Nicolet National Bank
110 South Washington Avenue
Green Bay, WI 54301

Bank of America
P.O. Box 660576
Dallas, TX 75266-0576

MB Financial
P.O. Box 6261
Chicago, IL 60680-6261

LaSalle Bank LOC
135 S. LaSalle Street
Dept. 8144
Chicago, IL 60674-8144

ABN AMRO Mortgage
135 S. LaSalle Street
Dept. 8201
Chicago, IL 60674-8201

John Hoey
711 Mt. Muro Road
Villanova, PA 19085

Gerald Morris
437 Madison Avenue
39th Floor
New York, NY 10022

Grant Clark
1223 Pleasant Lane
Glenview, IL 60025

Robert Engelman
9895 Fillaree Lane
Scottsdale, AZ 85262

Mark Hutchinson
8221 Old Courthouse Road
Suite 204
Vienna, VA 22182

GE Capital
PO Box 642752
Pittsburgh, PA 15264-2752

AMEX Business Finance
PO Box 660631
Dallas, TX 75266-0631

Bank One
120 S. LaSalle Street
9th Floor
Chicago, IL 60603

MGIC One Stop Holdings, LLC
250 East Kilbourne Avenue
Milwaukee, WI 53202

Jacobson Family Investments
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, NY 10019

Joel Greenberg
822 West Washington
Chicago, IL 60607

Peter Soloman
3 Bristol Court
Rancho Mirage, CA 92270

American Express
777 American Expressway
Ft. Lauderdale, FL 33337-0001

JF-HT, L.L.C.
c/o Jacobson Family Investments, Inc.
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019
Attn: Mr. Stuart J. Rabin

GF-HT, L.L.C.
c/o Jacobson Family Investments, Inc.
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019
Attn: Mr. Stuart J. Rabin

SJR-HT, L.L.C.
c/o Jacobson Family Investments, Inc.
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019
Attn: Mr. Stuart J. Rabin

Compaq Financial Services Corporation n/k/a HP Financial Services, Inc.
420 Mountain Avenue
Berkeley Heights, New Jersey 07972

HCD Chicago Corp.
P.O. Box 842366
Dallas, Texas 75284-2366