IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Chapter 7 |
| GARY ROSENBERG and | ) | |
| CANTERBURY DEVELOPMENT | ) | 04 B 04840 |
| CORPORATION | ) | (Jointly Administered) |
| | ) | Judge A. Benjamin Goldgar |
| Debtors. | ) | |
| | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 6, 2005, we caused the **Application of Trustee's Attorneys for the Allowance of Final Compensation,** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and hereby served upon you.

MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.


By: /s/ William S. Hackney
     One of Its Attorneys

Scott N. Schreiber, ARDC No. 06191042
James E. Morgan, Fed. I.D. No. 090785074
William S. Hackney, ARDC No. 06256042
MUCH SHELIST FREED DENENBERG
     AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone:  312.521.2000
Facsimile:  312.521.2100C

### CERTIFICATE OF SERVICE

William S. Hackney, an attorney, states that he has served a copy of the foregoing Notice of Filing together with attachments to all parties on the service list by regular U.S. Mail, postage pre-paid on July 6, 2005.

By: /s/ William S. Hackney
     One of Its Attorneys

# SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, Illinois 60602

Leonard Groupe
Groupe & Katz
555 Skokie Blvd.
Suite 215
Northbrook, Illinois 60062

Horace Fox
Lehman and Fox
Six E. Monroe Street
Suite 1004
Chicago, Illinois 60603

Paula Jacobi
Sugar Friedberg & Felsenthal
30 N. LaSalle Street
Suite 3000
Chicago, Illinois 60602

Stuart J. Rabin
Jacobson Family Investments
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019

Gerard Ring
Edward Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, Illinois 60611

Robert J. Labate
Holland & Knight, LLP
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603

Joshua Blakely
Reinhart Boerner Van Deuren, S.C.
1000 North Water Street
Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

Steven Towbin
Janice Alwin
Shaw Gussis Fishman Glantz
Wolfson & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Sheryl Fyock
Levenfield Pearlstein
2 North LaSalle Street
Suite 1300
Chicago, Illinois 60602

Laurie Breitenstein
Bank One
Mail Code IL 1-0286
1 Bank One Plaza
Chicago, Illinois 60670

David Lynch
Kurt Winiecki
Piper Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, Illinois 60601

Jon Spoerry
Bank Leumi USA
100 N. LaSalle Street
Chicago, Illinois 60602

Joseph Frenzel
Bank One
Mail Code IL1-1415
120 S. LaSalle Street
Chicago, Illinois 60603

Scott Jensen
Murray Jensen & Wilson, Ltd.
101 N. Wacker Drive
Suite 101
Chicago, Illinois 60606