# EXHIBIT "F"

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

## SERVICES RENDERED THROUGH OCTOBER 29, 2007

| | |
|---|---|
| Current Expenses | 13,647.81 |
| ***CURRENT FEES AND EXPENSES*** | **$13,647.81** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

## EXPENSE DETAIL THROUGH OCTOBER 29, 2007

| Date | Description | Amount |
|---|---|---|
| 03/29/04 | Photocopying | $74.00 |
| 03/29/04 | Photocopying | 4.50 |
| 03/30/04 | Fax | 1.00 |
| 03/31/04 | Photocopying | 0.75 |
| 03/31/04 | Westlaw Legal Research | 10.17 |
| 03/31/04 | Westlaw Legal Research | 84.36 |
| 04/01/04 | FedEx | 22.53 |
| 04/01/04 | Photocopying | 36.25 |
| 04/01/04 | Photocopying | 10.00 |
| 04/01/04 | Photocopying | 0.75 |
| 04/01/04 | Fax | 25.00 |
| 04/01/04 | Fax | 30.00 |
| 04/01/04 | Fax | 12.00 |
| 04/01/04 | Fax | 18.00 |
| 04/02/04 | Photocopying | 0.50 |
| 04/05/04 | Photocopying | 6.75 |
| 04/06/04 | Photocopying | 7.00 |
| 04/06/04 | Cab Fare - PETTY CASH | 13.50 |
| 04/06/04 | Fax | 8.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353



QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 04/07/04 | CMS Delivery | 178.50 |
| 04/07/04 | Photocopying | 12.50 |
| 04/07/04 | Photocopying | 4.50 |
| 04/07/04 | Fax | 2.00 |
| 04/07/04 | Fax | 5.00 |
| 04/08/04 | Photocopying | 3.75 |
| 04/08/04 | Photocopying | 2.00 |
| 04/08/04 | Photocopying | 2.50 |
| 04/09/04 | Photocopying | 21.50 |
| 04/09/04 | Photocopying | 0.75 |
| 04/12/04 | Photocopying | 0.25 |
| 04/12/04 | LD Telephone | 0.35 |
| 04/12/04 | LD Telephone | 1.05 |
| 04/13/04 | Photocopying | 0.50 |
| 04/13/04 | Photocopying | 2.00 |
| 04/14/04 | FedEx | 15.13 |
| 04/14/04 | FedEx | 15.13 |
| 04/14/04 | FedEx | 15.13 |
| 04/14/04 | FedEx | 20.74 |
| 04/14/04 | Photocopying | 1.00 |
| 04/14/04 | Photocopying | 2.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Invoice Number: ******

Invoice Date: **11/01/2007**

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|---|---|---:|
| 04/14/04 | Photocopying | 8.50 |
| 04/14/04 | LD Telephone | 0.35 |
| 04/15/04 | Photocopying | 127.50 |
| 04/15/04 | Photocopying | 29.75 |
| 04/15/04 | Luncheon Meetings - CORNER BAKERY #167 | 39.83 |
| 04/15/04 | Fax | 2.00 |
| 04/16/04 | Photocopying | 16.50 |
| 04/16/04 | Photocopying | 8.00 |
| 04/16/04 | Photocopying | 7.50 |
| 04/16/04 | Photocopying | 8.75 |
| 04/16/04 | Photocopying | 0.25 |
| 04/16/04 | Fax | 21.00 |
| 04/16/04 | Fax | 27.00 |
| 04/16/04 | Fax | 27.00 |
| 04/16/04 | Fax | 28.00 |
| 04/16/04 | Fax | 21.00 |
| 04/16/04 | Fax | 28.00 |
| 04/16/04 | Fax | 21.00 |
| 04/16/04 | Fax | 28.00 |
| 04/16/04 | Fax | 28.00 |
| 04/16/04 | Fax | 28.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

**Matter Number: 0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|---|---|---:|
| 04/16/04 | Fax | 10.00 |
| 04/16/04 | Fax | 3.00 |
| 04/19/04 | Photocopying | 0.50 |
| 04/19/04 | Photocopying | 2.50 |
| 04/19/04 | Photocopying | 0.75 |
| 04/20/04 | Photocopying | 1.00 |
| 04/20/04 | Photocopying | 0.25 |
| 04/20/04 | Cab Fare - PETTY CASH | 14.00 |
| 04/21/04 | Fax | 6.00 |
| 04/21/04 | Fax | 5.00 |
| 04/21/04 | Fax | 5.00 |
| 04/23/04 | Photocopying | 1.00 |
| 04/23/04 | Photocopying | 22.00 |
| 04/23/04 | Photocopying | 4.50 |
| 04/23/04 | Photocopying | 2.25 |
| 04/23/04 | Fax | 16.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 3.00 |
| 04/23/04 | Fax | 3.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Invoice Number: ******

Invoice Date: **11/01/2007**

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|---|---|---:|
| 04/23/04 | Fax | 10.00 |
| 04/23/04 | Fax | 16.00 |
| 04/23/04 | Fax | 5.00 |
| 04/23/04 | Fax | 7.00 |
| 04/23/04 | Fax | 14.00 |
| 04/23/04 | Fax | 16.00 |
| 04/23/04 | Fax | 12.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 17.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 15.00 |
| 04/23/04 | Fax | 12.00 |
| 04/23/04 | Fax | 8.00 |
| 04/26/04 | Photocopying | 7.50 |
| 04/26/04 | Photocopying | 0.50 |
| 04/26/04 | Photocopying | 1.50 |
| 04/26/04 | Photocopying | 0.50 |
| 04/26/04 | Fax | 7.00 |
| 04/26/04 | Fax | 11.00 |
| 04/26/04 | Fax | 11.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

**Invoice Number:** ******

**Invoice Date:** **11/01/2007**

**Matter Number: 0003479.0001**
  04 - Gary Rosenberg

**Billing Attorney: Norman B. Newman**

| Date | Description | Amount |
|---|---|---:|
| 04/26/04 | Fax | 11.00 |
| 04/26/04 | Fax | 7.00 |
| 04/26/04 | Fax | 11.00 |
| 04/26/04 | Fax | 6.00 |
| 04/26/04 | Fax | 11.00 |
| 04/26/04 | Fax | 11.00 |
| 04/26/04 | Fax | 11.00 |
| 04/26/04 | Fax | 5.00 |
| 04/28/04 | Fax | 4.00 |
| 04/29/04 | Photocopying | 1.25 |
| 04/29/04 | Photocopying | 0.25 |
| 04/30/04 | Westlaw Legal Research | 85.22 |
| 05/03/04 | Photocopying | 243.50 |
| 05/03/04 | Photocopying | 1.25 |
| 05/03/04 | Photocopying | 84.25 |
| 05/03/04 | Photocopying | 23.25 |
| 05/04/04 | Photocopying | 43.75 |
| 05/10/04 | Photocopying | 57.00 |
| 05/11/04 | Cab Fare - PETTY CASH Cab-J. Sigerson | 11.00 |
| 05/12/04 | Photocopying | 2.00 |
| 05/12/04 | Fax | 1.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 05/12/04 | Fax | 9.00 |
| 05/12/04 | Fax | 3.00 |
| 05/18/04 | Service of Summons - SPECIAL PROCESS SERVICE Service of Subpoena | 75.00 |
| 05/18/04 | Photocopying | 0.50 |
| 05/18/04 | Photocopying | 30.00 |
| 05/18/04 | Photocopying | 0.50 |
| 05/19/04 | Photocopying | 0.25 |
| 05/19/04 | Outside Photocopying - 24 SEVEN COPIES, INC. LITIGATION COPIES | 144.20 |
| 05/20/04 | Filing Fees - SPHERION CREDITOR MTG CANTERBURY DEV | 150.00 |
| 05/20/04 | Photocopying | 1.75 |
| 05/21/04 | CMS Delivery | 5.25 |
| 05/24/04 | FedEx | 15.19 |
| 05/24/04 | Photocopying | 6.75 |
| 05/24/04 | Photocopying | 0.75 |
| 05/26/04 | Photocopying | 8.00 |
| 05/27/04 | Photocopying | 0.75 |
| 05/27/04 | Photocopying | 1.50 |
| 05/27/04 | Photocopying | 68.00 |
| 05/27/04 | Photocopying | 35.00 |
| 05/28/04 | Filing Fees - CLERK, U.S. BANKRUPTCY COURT Filing fee | 150.00 |
| 05/28/04 | Photocopying | 2.00 |

# **MUCH** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 05/31/04 | Westlaw Legal Research | 83.42 |
| 06/02/04 | Luncheon Meetings - CORNER BAKERY #167 LUCHEON MEETING | 41.48 |
| 06/03/04 | Photocopying | 4.00 |
| 06/03/04 | Photocopying | 70.75 |
| 06/03/04 | Photocopying | 88.50 |
| 06/07/04 | Photocopying | 3.50 |
| 06/07/04 | Photocopying | 7.25 |
| 06/07/04 | Photocopying | 27.50 |
| 06/15/04 | Photocopying | 4.00 |
| 06/16/04 | Photocopying | 1.50 |
| 06/17/04 | Photocopying | 5.25 |
| 06/17/04 | Outside Photocopying - PITNEY BOWES MANAGEMENT SERVICES B&W LEVEL3 MEDIUM | 154.08 |
| 06/17/04 | Outside Photocopying - PITNEY BOWES MANAGEMENT SERVICES B&W LEVEL3-MEDIUM | 437.76 |
| 06/17/04 | Outside Photocopying - PITNEY BOWES MANAGEMENT SERVICES B&W LEVEL3 MEDIUM | 1,050.14 |
| 06/21/04 | Photocopying | 2.00 |
| 06/21/04 | Photocopying | 2.00 |
| 06/21/04 | Cab Fare - PETTY CASH | 5.00 |
| 06/25/04 | Fax | 1.00 |
| 06/29/04 | Photocopying | 2.25 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ▪  www.muchshelist.com

thinking business, practicing law.

# **MUCH** *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Invoice Number: ******

Invoice Date: **11/01/2007**

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|--------|
| 06/29/04 | Document Procurement Expenses - LAW BULLETIN PUBLISHING CO | 5.00 |
| 07/01/04 | Photocopying | 2.75 |
| 07/08/04 | Photocopying | 1.75 |
| 07/16/04 | LD Telephone | 0.35 |
| 07/21/04 | LD Telephone | 0.10 |
| 07/23/04 | Photocopying | 1.00 |
| 08/06/04 | Photocopying | 40.50 |
| 08/06/04 | Fax | 3.00 |
| 08/09/04 | Photocopying | 3.00 |
| 08/10/04 | Photocopying | 4.75 |
| 08/10/04 | Photocopying | 0.50 |
| 08/10/04 | Photocopying | 2.00 |
| 08/11/04 | Photocopying | 1.25 |
| 08/11/04 | Photocopying | 21.25 |
| 08/11/04 | Fax | 4.00 |
| 08/11/04 | Fax | 2.00 |
| 08/16/04 | Photocopying | 6.00 |
| 08/27/04 | Photocopying | 3.00 |
| 08/30/04 | Photocopying | 2.25 |
| 09/03/04 | Photocopying | 5.00 |
| 09/07/04 | Photocopying | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 09/09/04 | CMS Delivery | 3.75 |
| 09/09/04 | CMS Delivery | 5.25 |
| 09/20/04 | Court Reporter - CAROL RABER & ASSOCIATES | 795.90 |
| 09/20/04 | Court Reporter - CAROL RABER & ASSOCIATES | 917.70 |
| 10/07/04 | Photocopying | 9.50 |
| 10/07/04 | Fax | 11.00 |
| 10/07/04 | Fax | 11.00 |
| 10/07/04 | Fax | 11.00 |
| 10/07/04 | Fax | 10.00 |
| 10/07/04 | Fax | 10.00 |
| 10/07/04 | Fax | 10.00 |
| 10/07/04 | Fax | 17.00 |
| 10/07/04 | Fax | 6.00 |
| 10/07/04 | Fax | 10.00 |
| 10/07/04 | Fax | 10.00 |
| 10/07/04 | Fax | 1.00 |
| 10/07/04 | Fax | 9.00 |
| 10/07/04 | Fax | 3.00 |
| 10/07/04 | Fax | 10.00 |
| 10/22/04 | Photocopying | 0.50 |
| 10/22/04 | Fax | 2.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

**Invoice Number: ******

**Invoice Date: 11/01/2007**

**Matter Number: 0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|---|---|---|
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/22/04 | Fax | 2.00 |
| 10/25/04 | Outside Photocopying - BOWNE BUSINESS SOLUTIONS | 15.00 |
| 10/26/04 | Photocopying | 173.25 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.



# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|---|---|---:|
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/11/04 | Fax | 5.00 |
| 11/19/04 | Photocopying | 6.00 |
| 11/29/04 | Photocopying | 9.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com



thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 11/29/04 | Fax | 10.00 |
| 12/15/04 | Photocopying | 0.50 |
| 12/20/04 | Photocopying | 0.25 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/20/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
 04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|---|---|---:|
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 9.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 15.00 |
| 12/21/04 | Fax | 6.00 |
| 12/21/04 | Fax | 15.00 |
| 01/07/05 | Photocopying | 3.25 |
| 01/07/05 | Fax | 11.00 |
| 01/10/05 | Filing Fees -  CLERK, U.S. BANKRUPTCY COURT Filing Fee | 150.00 |
| 01/10/05 | Photocopying | 2.00 |
| 01/11/05 | Photocopying | 2.00 |
| 01/11/05 | Photocopying | 0.50 |
| 01/14/05 | Cab Fare -  PETTY CASH | 6.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# **MUCH** *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago, IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

**Matter Number: 0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 02/22/05 | Photocopying | 1.50 |
| 03/01/05 | Photocopying | 3.00 |
| 03/21/05 | Photocopying | 62.00 |
| 04/06/05 | Photocopying | 2.00 |
| 04/06/05 | Photocopying | 29.00 |
| 05/18/05 | Photocopying | 4.25 |
| 07/19/05 | CMS Delivery | 20.00 |
| 08/29/05 | Cab Fare -  PETTY CASH CAB TO COURT 8-12-05 | 6.00 |
| 10/14/05 | Photocopying | 1.00 |
| 10/14/05 | Photocopying | 0.25 |
| 10/14/05 | Photocopying | 0.50 |
| 10/25/05 | Photocopying | 3.50 |
| 11/04/05 | Outside Professional Services - Vendor: FORT DEARBON PARTNERS, INC FINANCIAL ADVISOR RETAINER | 5,000.00 |
| 01/05/06 | Photocopying | 30.25 |
| 01/19/06 | Photocopying | 1.50 |
| 01/19/06 | Photocopying | 0.50 |
| 02/06/06 | Photocopying | 0.50 |
| 02/06/06 | Photocopying | 149.75 |
| 03/08/07 | Fax caterbury development | 33.00 |
| 03/08/07 | Fax canterbury development | 33.00 |
| 03/08/07 | Fax caterbury development | 33.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353



QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Horace Fox
c/o Lehman and Fox
6 E. Monroe St.
Suite 1004
Chicago,  IL 60603

Invoice Number: ******

Invoice Date: **11/01/2007**

Matter Number: **0003479.0001**
  04 - Gary Rosenberg

Billing Attorney: **Norman B. Newman**

| Date | Description | Amount |
|------|-------------|-------:|
| 03/08/07 | Fax caterbury development | 21.00 |
| 03/08/07 | Fax canterbury | 33.00 |
| 03/08/07 | Fax canterbury | 33.00 |
| 03/08/07 | Fax canterbury | 33.00 |
| 03/08/07 | Fax caterbury development | 12.00 |
| 03/08/07 | Fax caterbury | 33.00 |
| 03/08/07 | Fax canterbury | 33.00 |
| 03/08/07 | Fax canterbury | 33.00 |
| 03/08/07 | Fax caterbury | 33.00 |
| 03/08/07 | Fax canterbury | 13.00 |
| 03/08/07 | Fax canterbury | 33.00 |
| 03/09/07 | Fax CANTERBURY | 20.00 |
| 04/16/07 | Photocopying | 40.50 |
| **Total** | | **$13,647.81** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.