## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **Chapter 7** |
| | ) | **Hon. A. Benjamin Goldgar** |
| **GARY A. ROSENBERG and** | ) | **Case no. 04-04840** |
| **CANTERBURY DEVELOPMENT** | ) | **(Jointly Administered)** |
| **CORP.,** | ) | **Hearing:  Mon., Jan 7, 2008** |
| Debtors. | ) | **At 9:30 a.m.** |

## ORDER AWARDING COMPENSATION TO
## SPECIAL COUNSEL IN CANTERBURY ESTATE

This cause coming to be heard on the final application of Trustee's special counsel, Much Shelist Denenberg Ament & Rubenstein, P.C., for payment of compensation in the Canterbury estate (the "Application"); due notice having been provided; and the Court being otherwise fully advised in the premises; IT IS HEREBY ORDERED THAT:

1.       The Application is granted.  Much Shelist Denenberg Ament & Rubenstein, P.C. is allowed final compensation in the amount of $_____, for services rendered during the period June 2, 2006 through October 27, 2007.

2.       Trustee is authorized to pay Much Shelist Denenberg Ament & Rubenstein, P.C. the above-awarded compensation as an administrative expense of this estate.

ENTERED:

_____
United States Bankruptcy Judge