**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter  7 |
| | ) | Case No. 04 B 04840 |
| GARY ROSENBERG | ) | Judge A. Benjamin Goldgar |
| | ) | Hearing Date:  Wed., April 16, 2014 |
| Debtor. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on **Wednesday, April 16, 2014** at the hour of **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in **courtroom 642** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his stead, and shall then and there present the attached **Supplemental Application of Trustee's Attorneys for Allowance and Payment of Additional Final Compensation and Reimbursement of Expenses and Request for Limited Notice**, a copy of which is hereby served upon you.

    AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.

                            **MUCH SHELIST, P.C.**

                            By:   /s/ Norman B. Newman
                                    One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Facsimile:   312-521-2100

## Certificate of Service

    I, Norman B. Newman, an attorney, hereby state that I have served true and accurate copies of the foregoing Motion together with attachments upon the Service List attached hereto by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois at or before the hour of 5:00 p.m. on March 26, 2014.

                                  /s/ Norman B. Newman

**SERVICE LIST**

Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Groupe & Katz
555 Skokie Blvd., Suite 215
Northbrook, Illinois 60062

Horace Fox
Lehman and Fox
Six E. Monroe Street, Suite 1004
Chicago, Illinois 60603

Paula Jacobi
Barnes & Thornburg, LLP
1 N. Wacker Drive, Suite 4400
Chicago, IL 60606

Stuart J. Rabin
Jacobson Family Investments
Carnegie Hall Tower
152 West 57th Street, 56th Floor
New York, New York 10019

Gerard Ring
Edward Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611

Robert J. Labate
Holland & Knight, LLP
131 S. Dearborn Street, 30th Floor
Chicago, Illinois 60603

Joshua Blakely
Reinhart Boerner Van Deuren, S.C.
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

Steven Towbin
Shaw Gussis, LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Sheryl Fyock
Levenfield Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

Laurie Breitenstein
JP Morgan Chase
Mail Code IL 1-0286
1 Bank One Plaza
Chicago, IL 60670

David Lynch
DLA Piper
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

Jon Spoerry
Bank Leumi USA
100 N. LaSalle Street
Chicago, IL 60602

Scott Jensen
Murray Jensen & Wilson, Ltd.
101 N. Wacker Drive, Suite 101
Chicago, IL 60606

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | Case No. 04 B 04840 |
| GARY ROSENBERG | ) | Judge A. Benjamin Goldgar |
| | ) | Hearing Date: Wed., April 16, 2014 |
| Debtor. | ) | at 9:30 a.m. |

**SUPPLEMENTAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR
ALLOWANCE AND PAYMENT OF ADDITIONAL FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND REQUEST FOR LIMITED NOTICE**

Norman B. Newman and the law firm of Much Shelist, P.C., ("Much Shelist"), attorneys for Horace Fox, Jr., Chapter 7 Trustee of Gary Rosenberg (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of Bankruptcy Code, for the allowance and payment of additional final compensation totaling $10,631.50 plus reimbursement of out-of-pocket expenses in the amount of $25.90 in connection with legal services rendered to the Trustee during the period May 22, 2013 through February 24, 2014 and for approval of limited notice. In support of this application, Much Shelist states as follows:

1. On February 9, 2004, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Chapter 7 Trustee in this case.

2. On April 30, 2004, the Court entered an Order authorizing the Trustee to employ Much Shelist as special counsel herein, retroactive to March 23, 2004.

3. On January 7, 2008, this Court entered an Order awarding Much Shelist final compensation in the amount of $138,621.29 plus reimbursement of out-of-pocket expenses in the amount of $6,282.83 for services rendered during the period March 23, 2004 through November 29, 2007.

4. On May 22, 2013, this Court entered an Order awarding Much Shelist additional final compensation in the amount of $2,803.50 plus reimbursement of out-of-pocket expenses in the amount of $48.70 for services rendered during the period August 24, 2012 through April 30, 2013. A copy of the Order entered on May 22, 2013, is attached hereto and made a part of hereof as Exhibit "A".

5. Subsequent to the entry of an Order authorizing the Trustee to abandon certain personal property of this estate, the Trustee commenced a review of the proofs of claim filed against the Debtor's estate. The Trustee found several objectionable proofs of claim, primarily claims filed as secured against property which the Trustee did not liquidate.

6. The Trustee, on behalf of the Debtor's estate, also continued to retain a membership interest in an entity own as Levy Cantera LLC, which membership interest had not previously been sold or abandoned.

7. Although Much Shelist had previously been awarded final compensation and additional final compensation for services rendered as the Trustee's counsel, the Trustee asked Much Shelist to assist him in resolving the objectionable proofs of claim and to dispose of the ownership interest in Levy Cantera, LLC

8. Much Shelist provided 17.60 hours of legal services to the Trustee in connection with the resolution of objectionable claims and the sale of the Debtor's membership interest in Levy Cantera, LLC. Attached hereto as Exhibit "B" is a statement of services rendered during the time period covered by this application. All but one-half hour of the services were provided by Norman B. Newman.

9. Much Shelist incurred out-of-pocket expenses in the amount of $25.90, consisting of photocopy charges and local transportation costs in connection with the additional services rendered to the Trustee. Attached hereto as Exhibit "C" is a summary of the expenses incurred.

10. Much Shelist asserts that the additional services rendered provided a benefit to the creditors of this estate and to the Trustee. All objectionable claims were resolved and the Trustee, with Much Shelist's assistance, sold this estate's Levy Cantera, LLC membership interest.

11. Notice of the hearing on this motion has been provided to the parties on the service list in this case. Much Shelist recognizes that the Trustee is not holding sufficient funds on hand to pay all allowed costs of administration expenses of this estate. Due to the fact that Much Shelist will only be receiving a pro rata share of the amounts awarded, Much Shelist respectfully request that this Court find that notice of the hearing on this application heretofore provided is adequate under the circumstances and that further notice be waived.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order as follows:

A. Awarding Much Shelist additional final compensation in the amount of $10,631.50 for services rendered during the period May 22, 2013 through February 24, 2014 plus reimbursement of out-of-pocket expenses in the amount of $25.90.

B. Authorizing the Trustee to pay Much Shelist the awarded compensation and out of pocket expenses forthwith as an allowed expense of administration of this estate.

C. Finding that notice of the hearing on this application heretofore provided is adequate under the circumstance and waiving further notice.

3

  D. Granting such other and further relief as this Court deems just.

            MUCH SHELIST, P.C.

         By: /s/ Norman B. Newman
            One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100

4813977_1

4