**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                    §        Case No. 04-04840
                                          §
GARY A ROSENBERG                          §
                                          §
                                          §
                                          §
              Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn, Room 713, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/04/2014, in Courtroom 642, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/11/2014            By:  /s/ Horace Fox, Jr.
                                         Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-04840 |
| | § | |
| GARY A ROSENBERG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $58,006.87
*and approved disbursements of*     $27,241.11
*leaving a balance on hand of[1]:*     $30,765.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Gerald E Morris | $81,520.83 | $1,533.36 | $0.00 | $1,533.36 |
| 4 | Beneficial Capital Corp | $81,520.83 | $1,533.36 | $0.00 | $1,533.36 |

Total to be paid to secured creditors:     $3,066.72
Remaining balance:     $27,699.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $6,143.14 | $0.00 | $1,670.05 |
| Norman Newman, Much Shelist PC, Special Counsel for Trustee Fees | $152,056.29 | $17,803.50 | $23,533.82 |
| Norman Newman, Much Shelist PC, Special Counsel for Trustee Expenses | $6,357.43 | $48.70 | $1,679.60 |
| Richard Arredondo, Accountant for Trustee | $3,000.00 | $0.00 | $815.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Fees | | | |
|---|---|---|---|

Total to be paid for chapter 7 administrative expenses: $27,699.04
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $454,066.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33 | Bridgit A. Maile | $454,066.76 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,319,390.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Fagel Haber LLC | $5,630.45 | $0.00 | $0.00 |
| 2 | Associated Bank | $4,242,314.38 | $0.00 | $0.00 |
| 5 | Nicolet National Bank | $1,465,191.86 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 6 | Bank Leumi USA | $228,538.53 | $0.00 | $0.00 |
| 7 | Joel Greenberg | $50,000.00 | $0.00 | $0.00 |
| 8 | ChaseManhttnBankUSA,NA as successor in interest to | $34,485.07 | $0.00 | $0.00 |
| 9 | Citibank South Dakota NA | $31,604.54 | $0.00 | $0.00 |
| 10 | Scott N Schreiber | $2,100.00 | $0.00 | $0.00 |
| 11 | Robert Howard | $1,855.75 | $0.00 | $0.00 |
| 13 | American Express Centurion Bank | $3,660.55 | $0.00 | $0.00 |
| 14 | American Express Travel Related Services Co., Inc. | $8,488.09 | $0.00 | $0.00 |
| 15 | MBNA America Bank NA | $47,820.92 | $0.00 | $0.00 |
| 16 | ChaseManhttnBankUSA,NA as successor in interest to | $5,723.53 | $0.00 | $0.00 |
| 17 | Intalite International NV | $0.00 | $0.00 | $0.00 |
| 18 | Bank of America NA USA | $324,432.52 | $0.00 | $0.00 |
| 19 | Robert Engelman | $18,589.67 | $0.00 | $0.00 |
| 20 | GFGR Inc | $23,242.08 | $0.00 | $0.00 |
| 21 | Emanual Family Investment Fund | $125,000.00 | $0.00 | $0.00 |
| 22 | MARK HUTCHINGSON | $0.00 | $0.00 | $0.00 |
| 22 | Mark Hutchingson | $105,192.47 | $0.00 | $0.00 |
| 23 | LASALLE BANK NATIONAL ASSOC | $536,716.98 | $0.00 | $0.00 |
| 23B | LaSalle Bank National Assoc | $408,765.54 | $0.00 | $0.00 |
| 24 | Midwest Verizon Wireless | $310.81 | $0.00 | $0.00 |
| 25A | Cole Taylor Bank | $388,783.03 | $0.00 | $0.00 |
| 26 | Grant Clark | $50,000.00 | $0.00 | $0.00 |
| 27 | MB FINANCIAL BANK NA | $210,943.31 | $0.00 | $0.00 |
| 32 | Grant Clark | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:    $0.00
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $73,753.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| No. |  | of Claim | Payments to Date | Amount |
|---|---|---|---|---|
| 28 | Joel Greenberg | $50,000.00 | $0.00 | $0.00 |
| 30 | Bank of America NA USA | $5,164.10 | $0.00 | $0.00 |
| 31 | Robert Engelman | $18,589.67 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:   /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                           Case No. 04-04840-ABG
Gary A Rosenberg                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: cmendoza1              Page 1 of 3                   Date Rcvd: Jul 14, 2014
                               Form ID: pdf006              Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2014.
db          +Gary A Rosenberg,    1427 N State Parkway,    Chicago, IL 60610-1503
7751504      ABN AMRO Mortgage,    135 S. LaSalle Street,    Dept. 8201,    Chicago, IL 60674-8201
7875342     +ABN AMRO Mortgage Group Inc,    7159 Corklan Drive,    Jacksonville, FL 32258-4455
7751511     +AMEX Business Finance,    PO Box 660631,    Dallas, TX 75266
7751517      American Express,    777 American Expressway,    Ft. Lauderdale, FL 33337-0001
9011926      American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
7751484      American Express Rewards Plus,    P.O. Box 650448,    Dallas, TX 75265-0448
9043558      American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
7875360     +Associated Bank,    c/o Joshua A Blakely Esq,    Reinhart Boerner Van Deuren sc,
              1000 North Water Street Suite 2100,    POB 2965 Milwaukee WI 53202-6648
7751483      Bank Leumi USA,    Attn Nahman Eingal,    Robert J Labate LLP Holland & Knight LLP,
              131 S Dearborn Street 30th Floor,    Chicago, Il 60603-5517
7751512     +Bank One,    120 S. LaSalle Street,    9th Floor,    Chicago, IL 60603-3425
7751501      Bank of America,    P.O. Box 660576,    Dallas, TX 75266-0576
7751485      Bank of America Visa,    P.O. Box 53132,    Phoenix, AZ 85072-3132
9741045     +Bridgit A. Maile,    c/o Steven B. Towbin, Janice A. Alwin,    Shaw Gussis, et al.,
              321 North Clark Street, Suite 800,    Chicago, IL 60654-4766
7751494     +CCA LLC,    676 N. Michigan Avenue,    Suite 3660,    Chicago, IL 60611-2866
7875334      California Franchise Tax Board,    P O Box 942840,    Sacramento, CA 94240-0040
7751493     +Canterbury Company Associates Limited,    676 N. Michigan Avenue,    Suite 3660,
              Chicago, IL 60611-2866
7751495     +Canterbury Construction Company LLC,    676 N. Michigan Avenue,    Suite 3660,
              Chicago, IL 60611-2866
7751496     +Canterbury Development Corporation,    676 N. Michigan Avenue,    Suite 3660,
              Chicago, IL 60611-2866
7875341      Capital One MSB,    P O Box 34631,    Seattle, WA 98124-1631
7751486      Citibank AAdvantage,    P.O. Box 6405,    The Lakes, NV 88901-6405
7875337      Citibank South Dakota NA,    P O Box 6305,    The Lakes, NV 88901-6405
7751499      Cole Taylor Bank,    P.O. Box 88481,    Chicago, IL 60680-1481
9287535     +Cole Taylor Bank,    Sheryl A Fyock Latimer LeVay Jurasek LLC,    55 W Monroe St Ste 1100,
              Chicago, Il 60603-5128
7751521      Compaq Financial Services Corporation,    nka HP Financial Services Inc,    420 Mountain Avenue,
              Berkeley Heights, NJ 07972
7875340      Deloitte & Touche,    Attn Roy Peterson,    200 E Randolph,    Chicago, Il 60602
7875345     +Emanual Family Investment Fund,    1910 First Street,    Highland Park, Il 60035-3144
7875344     +Emanual, Ron,    1910 First Street,    Highland Park, Il 60035-3144
7751489     +Fagel Haber LLC,    Howard M Berrington Esq Fagelhaber LLC,    55 E Monroe Street 40th Floor,
              Chicago, IL 60603-5894
7751487      First USA Bank NA,    P.O. Box 50882,    Henderson, NV 89016-0882
7751491     +Friedman & Huey Associates LLP,    1313 West 175th Street,    Homewood, IL 60430-4606
7751510      GE Capital,    PO Box 642752,    Pittsburgh, PA 15264-2752
7751519     +GF-HT, L.L.C.,    c/o Jacobson Family Investments, Inc.,    Carnegie Hall Tower,
              152 West 57th Street, 56th Floor,    New York, New York 10019-3310,    Attn: Mr. Stuart J. Rabin
7875347     +GFGR Inc,    216 South Jefferson Ste 200,    Chicago, Il 60661-5745
7751507     +Grant Clark,    1920 Chestnut Ave Apt 312,    Glenview, IL 60025-1666
7751522      HCD Chicago Corp.,    P.O. Box 842366,    Dallas, Texas 75284-2366
7875332      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
7875331      Illinois Dept of Revenue,    Springfield, Il 62719-0001
9055775     +Intalite International NV,    c/o Morris Asset Management,    437 Madison Avenue 39th,
              New York, NY 10022-7001
8997455      JF-HT LLC GF-HT LLC and SJR-HT LLC,    Scott N Schreiber,
              Much Shelist Freed Denenberg Ament & Rub,    191 W Wacker Drive Ste 1800,    Chicago, Il 60606
7751518     +JF-HT, L.L.C.,    c/o Jacobson Family Investments, Inc.,    Carnegie Hall Tower,
              152 West 57th Street, 56th Floor,    New York, New York 10019-3310,    Attn: Mr. Stuart J. Rabin
7751514     +Jacobson Family Investments,    Carnegie Hall Tower,    152 West 57th Street, 56th Floor,
              New York, NY 10019-3310
7751515     +Joel Greenberg,    822 West Washington,    Chicago, IL 60607-2302
7751505     +John Hoey,    711 Mt. Muro Road,    Villanova, PA 19085-2006
7751482      Joshua A Blakely Esq,    Reinhart Boerner Van Deuren Sc,    1000 North Water Street Ste 2100,
              P O Box 2965,    Milwaukee, WI 53201-2965
7875346     +Kinko’s,    Attn Danielle Saylor,    1000 Town Center Dr Ste 300,    Oxnard, CA 93036-1117
7751503     +LaSalle Bank National Assoc,    c/o Scott E Jensen,    101 Wacker Dr., Ste 101,
              Chicago, IL 60606-1714
7751502      MB Financial,    P.O. Box 6261,    Chicago, IL 60680-6261
9287544     +MB Financial Bank NA,    c/o Timothy J McGonegle,    Schain Burney Ross & Citron LTD,
              222 N Lasalle Street Ste 1910,    Chicago, Il 60601-1102
7751488      MBNA America Bank NA,    P O Box 15168 MS 1423,    Wilmington, DE 19850
7751513     +MGIC One Stop Holdings, LLC,    250 East Kilbourne Avenue,    Milwaukee, WI 53202-3102
9183887     +Mark Hutchingson,    1092 McCue Court,    Great Falls VA 22066-1543
7751509     +Mark Hutchinson,    8221 Old Courthouse Road,    Suite 204,    Vienna, VA 22182-3839
9268495     +Midwest Verizon Wireless,    AFNI/Verizon Wireless,    404 Brock Drive,
              Bloomington, IL 61701-2654
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 3                   Date Rcvd: Jul 14, 2014
                              Form ID: pdf006              Total Noticed: 72

7751500        Nicolet National Bank,    Jerome E Smyth,    231 S Adams Street,    P O Box 23200,
                 Green Bay, WI 54305-3200
7875343       +One E Schiller Condominium Association,     One E Schiller,    Chicago, IL 60610-2176
7751497       +One East Schiller Unit 5AB, LLC,    676 N. Michigan Avenue,    Suite 3660,    Chicago, IL 60611-2866
7751516       +Peter Soloman,    3 Bristol Court,    Rancho Mirage, CA 92270-1628
7751508       +Robert Engelman,    9895 Fillaree Lane,    Scottsdale, AZ 85262-2907
7751490       +Robert Howard,    116 Geneva,    Elmhurst, Il 60126-2912
7909719       +Ron Emanual,    1910 First Street,    Highland Park, Il 60035-3144
7751520       +SJR-HT, L.L.C.,    c/o Jacobson Family Investments, Inc.,     Carnegie Hall Tower,
                 152 West 57th Street, 56th Floor,    New York, New York 10019-3310,     Attn: Mr. Stuart J. Rabin
8971036        Scott N Schreiber,    Much Shelist Freed Denenberg Amnet & Rub,     191 W Wacker Drive Ste 1800,
                 Chicago, Il 60606-1615
7751498       +Shadow Hill Corporation,    676 N. Michigan Avenue,    Suite 3660,    Chicago, IL 60611-2866
8039940       +Verizon Wireless,    777 Big Timber Road,    Elgin, Il 60123-1401
7875339       +Wislow, Robert A,    U S Equities Inc,    20 N Michigan Avenue Ste 400,    Chicago, IL 60602-4828
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7875336        E-mail/Text: bankruptcynotices@azdor.gov Jul 15 2014 01:11:28      Arizona Dept of Revenue,
                 1600 West Monroe Street,    Phoenix, AZ 85007-2650
7751492       +E-mail/Text: stowbin@shawgussis.com Jul 15 2014 01:12:06      Bridgit Maile,    c/o Steven B Towbin,
                 Shaw Gussis Fishman Glantz Wolfson &,    Towbin LLC 321 North clark St Ste 800,
                 Chicago, IL 60654-4766
8957978       +E-mail/Text: bncmail@w-legal.com Jul 15 2014 01:12:45
                 ChaseManhttnBankUSA,NA as successor in interest to,     Bank One Delaware, NA,
                 c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
7875333       +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jul 15 2014 01:16:33      Colorado Dept of Revenue,
                 1375 Sherman Street,    Denver, CO 80261-2200
7875329        E-mail/Text: cio.bncmail@irs.gov Jul 15 2014 01:11:44
                 Department of the Treasury-Internal Revenue Servic,     Centralized Insolvency Operations,
                 P O Box 21126,   Philadelphia, PA 19114
7875335       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 15 2014 01:18:29      Indiana Dept of Revenue,
                 Indiana Government Center North,    100 N Senate Avenue Room N105,    Indianapolis, IN 46204-2217
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8039939        Beneficial Capital Corp,    Joseph G Homsy Esq,    Fognani Guibord & Homsy LLP,
                 20 N Clark Street 32nd Floor
7751506        Gerald E Morris,    Joseph G Homsy Esq,    Fognani Guibord & Homsy LLP,
                 20 N Clark Street 32 nd Floor
7875330*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7875338*      +Jacobson Family Investments LLC,    Carnegie Hall Tower,    152 West 57th Street 56th Floor,
                 New York, NY 10019-3310
7909741       ##+Bank Leumi,   420 Lexington Avenue 10th Floor,     New York, NY 10170-1099
9071312       ##Bank of America NA USA,    P O Box 2278,   Norfolk, VA 23501-2278
                                                                                              TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: cmendoza1              Page 3 of 3                    Date Rcvd: Jul 14, 2014
                               Form ID: pdf006              Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2014 at the address(es) listed below:

```
              Andrew J Abrams    on behalf of Debtor Gary A Rosenberg aabrams@boodlaw.com,  bjabaay@boodlaw.com
              Andrew J Abrams    on behalf of Defendant Gary  Rosenberg aabrams@boodlaw.com,  bjabaay@boodlaw.com
              Andrew J Abrams    on behalf of Defendant Gary A Rosenberg aabrams@boodlaw.com,
               bjabaay@boodlaw.com
              Colleen E McManus    on behalf of Spec. Counsel   Much Shelist Freed Denenberg Ament & Rubenstein
               PC cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              Edward J. Lesniak    on behalf of Creditor    MGIC One Stop Holdings LLC elesniak@burkelaw.com
              Elizabeth C Berg    on behalf of Successor Trustee Joseph  Baldi ecberg@ameritech.net
              Gerard D. Ring    on behalf of Creditor    MGIC One Stop Holdings LLC gring@burkelaw.com
              Gregory J Jordan    on behalf of Plaintiff   MB Financial Bank NA gjordan@jz-llc.com
              Horace  Fox, JR    on behalf of Accountant Richard  Arredondo foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustsolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustsolutions.com;mmedina@lehmanfox.com
              James E. Morgan    on behalf of Attorney    Much Shelist Freed Denenberg Ament & Rubenstein, P.C.
               jem@h2law.com,  smckinney@howardandhoward.com
              Janice A Alwin    on behalf of Plaintiff Bridget A Maile janice@oakpointpartners.com,
               jake@oakpointpartners.com;david@oakpointpartners.com
              Janice A Alwin    on behalf of Creditor Bridget A Maile janice@oakpointpartners.com,
               jake@oakpointpartners.com;david@oakpointpartners.com
              Joseph A Baldi    on behalf of Successor Trustee Joseph  Baldi jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Leslie Allen Bayles    on behalf of Creditor    Associated Bank lbayles@vedderprice.com
              Norman B Newman    on behalf of Trustee Horace  Fox, JR nnewman@muchshelist.com
              Norman B Newman    on behalf of Spec. Counsel   Much Shelist Freed Denenberg Ament & Rubenstein PC
               nnewman@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paula K. Jacobi, Esq.    on behalf of Defendant Gary A Rosenberg pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Paula K. Jacobi, Esq.    on behalf of Defendant Gary  Rosenberg pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Paula K. Jacobi, Esq.    on behalf of Debtor Gary A Rosenberg pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Peter J Schmidt    on behalf of Plaintiff    MB Financial Bank NA pschmidt@polsinelli.com,
               chicagodocketing@polsinelli.com
              Robert J. Labate    on behalf of Creditor    Bank Leumi robert.labate@hklaw.com
              Scott E Jensen    on behalf of Creditor    LaSalle Bank N A sjensen@mjwchicago.com
              Scott N. Schreiber    on behalf of Creditor    SJR-HT LLC sschreiber@clarkhill.com,
               jwoyan@clarkhill.com
              Scott N. Schreiber    on behalf of Creditor    JH-HT LLC GF-HT LLC sschreiber@clarkhill.com,
               jwoyan@clarkhill.com
              Scott N. Schreiber    on behalf of Trustee Horace  Fox, JR sschreiber@clarkhill.com,
               jwoyan@clarkhill.com
              Sheryl A Fyock    on behalf of Creditor    Cole Taylor Bank sfyock@llflegal.com
              Sheryl A Fyock    on behalf of Plaintiff    Cole Taylor Bank sfyock@llflegal.com
              Steven B Towbin    on behalf of Plaintiff Bridget A Maile stowbin@shawfishman.com
              Timothy J. McGonegle    on behalf of Creditor    MB Financial Bank N A tmcgonegle@comcast.net
              Todd J Ruchman    on behalf of Creditor    ABN AMRO Mortgage Group INC
               truchman@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
              William S Hackney, III    on behalf of Creditor    JF-HT, LLC, GF-HT, LLC and SJR-HT, LLC
               whackney@salawus.com,  jadams@salawus.com
              William S Hackney, III    on behalf of Defendant Trustee Horace  Fox, Jr whackney@salawus.com,
               jadams@salawus.com
              William S Hackney, III    on behalf of Trustee Horace  Fox, JR whackney@salawus.com,
               jadams@salawus.com
              William S Hackney, III    on behalf of Other Prof. Leonard  Groupe whackney@salawus.com,
               jadams@salawus.com
              William S Hackney, III    on behalf of Spec. Counsel   Much Shelist Freed Denenberg Ament &
               Rubenstein PC whackney@salawus.com,  jadams@salawus.com
                                                                                             TOTAL: 37
```