Exhibit D

## SUPPLEMENTAL TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 04-04840
Case Name: GARY A ROSENBERG
Trustee Name: Horace Fox, Jr.

Balance on hand: $30,765.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Gerald E Morris | $81,520.83 | $1,533.36 | $0.00 | $1,533.36 |
| 4 | Beneficial Capital Corp | $81,520.83 | $1,533.36 | $0.00 | $1,533.36 |

Total to be paid to secured creditors: $3,066.72
Remaining balance: $27,699.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $6,150.34 | $0.00 | $6,150.34 |
| Norman Newman, Much Shelist PC, Special Counsel for Trustee Fees | $152,056.29 | $17,803.50 | $17,136.57 |
| Norman Newman, Much Shelist PC, Special Counsel for Trustee Expenses | $6,357.43 | $48.70 | $1,412.13 |
| Richard Arredondo, Accountant for Trustee Fees | $3,000.00 | $0.00 | $3,000.00 |

Total to be paid for chapter 7 administrative expenses: $27,699.04
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

*THE administrative claimants have agreed to a non pro rata distribution. The office of the United States Trustee has no objection to this distribution.

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $454,066.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33 | Bridgit A. Maile | $454,066.76 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,319,390.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Fagel Haber LLC | $5,630.45 | $0.00 | $0.00 |
| 2 | Associated Bank | $4,242,314.38 | $0.00 | $0.00 |
| 5 | Nicolet National Bank | $1,465,191.86 | $0.00 | $0.00 |
| 6 | Bank Leumi USA | $228,538.53 | $0.00 | $0.00 |
| 7 | Joel Greenberg | $50,000.00 | $0.00 | $0.00 |
| 8 | ChaseManhttnBankUSA,NA as successor in interest to | $34,485.07 | $0.00 | $0.00 |
| 9 | Citibank South Dakota NA | $31,604.54 | $0.00 | $0.00 |
| 10 | Scott N Schreiber | $2,100.00 | $0.00 | $0.00 |
| 11 | Robert Howard | $1,855.75 | $0.00 | $0.00 |
| 13 | American Express Centurion Bank | $3,660.55 | $0.00 | $0.00 |
| 14 | American Express Travel Related Services Co., Inc. | $8,488.09 | $0.00 | $0.00 |
| 15 | MBNA America Bank NA | $47,820.92 | $0.00 | $0.00 |
| 16 | ChaseManhttnBankUSA,NA as successor in interest to | $5,723.53 | $0.00 | $0.00 |
| 17 | Intalite International NV | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

| 18 | Bank of America NA USA | $324,432.52 | $0.00 | $0.00 |
| 19 | Robert Engelman | $18,589.67 | $0.00 | $0.00 |
| 20 | GFGR Inc | $23,242.08 | $0.00 | $0.00 |
| 21 | Emanual Family Investment Fund | $125,000.00 | $0.00 | $0.00 |
| 22 | MARK HUTCHINGSON | $0.00 | $0.00 | $0.00 |
| 22 | Mark Hutchingson | $105,192.47 | $0.00 | $0.00 |
| 23 | LASALLE BANK NATIONAL ASSOC | $536,716.98 | $0.00 | $0.00 |
| 23B | LaSalle Bank National Assoc | $408,765.54 | $0.00 | $0.00 |
| 24 | Midwest Verizon Wireless | $310.81 | $0.00 | $0.00 |
| 25A | Cole Taylor Bank | $388,783.03 | $0.00 | $0.00 |
| 26 | Grant Clark | $50,000.00 | $0.00 | $0.00 |
| 27 | MB FINANCIAL BANK NA | $210,943.31 | $0.00 | $0.00 |
| 32 | Grant Clark | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $73,753.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 28 | Joel Greenberg | $50,000.00 | $0.00 | $0.00 |
| 30 | Bank of America NA USA | $5,164.10 | $0.00 | $0.00 |
| 31 | Robert Engelman | $18,589.67 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

UST Form 101-7-TFR (5/1/2011)

Case 04-04840 Doc 258 Filed 07/18/14 Entered 07/18/14 14:06:14 Desc Main
Document Page 4 of 4

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

*/s/ [signature]* TRUSTEE